**FILED**

MAY 1 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. '08 MJ 8430 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| ) | |
| v. ) | Title 8, U.S.C., Section 1324 |
| ) | (a)(1)(A)(ii) -Illegal Transportation of |
| Enrique HERVER-Vargas ) | Alien(s) |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about May 14, 2008, within the Southern District of California, defendant Enrique HERVER-Vargas, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Guadalupe SANDOVAL-Sanchez, Cecilia PEREZ-Garcia and Maria CARDENAS-Vargas had come to, entered or remained in the United States in violation of law, did transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts which, is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 16th DAY OF MAY 2008.

_____
Peter C. Lewis
United States Magistrate Judge

Page 1

1  UNITED STATES OF AMERICA
2           v.
3  Enrique HERVER-Vargas

4                    STATEMENT OF FACTS

5       The complainant states that this complaint is based upon statements in the investigative
6  reports by U.S. Border Patrol Agent G. Herrera that on May 14, 2008, the defendant, Enrique
7  HERVER-Vargas, a native and citizen of Mexico was apprehended near Calexico, California,
8  along with (12) twelve undocumented aliens from Mexico, in violation of law.

9       On May 14, 2008, at approximately 5:15 P.M. U.S. Border Patrol Agent Herrera was
10 approximately fifteen mile west of the Calexico, California West Port of Entry north of the
11 International Boundary with Mexico and noticed a dust cloud south of him where there were no
12 developed roads for vehicle traffic to use. Agent Herrera asked the El Centro Border Patrol
13 Station's Remote Video Surveillance System (RVSS) Operator to look in the area while he drove
14 towards the area. As Agent Herrera approached the area where the dust cloud was he saw a older
15 model pickup truck driving through the desert heading for Highway 98. The RVSS Operator
16 confirmed the vehicle and reported to Agent Herrera the truck had a large white plastic tarp
17 covering the bed of the truck.

18      As Agent Herrera approached the truck, it abruptly made a U-turn into the desert and
19 suddenly stopped. Agent Herrera saw single subject exit the drivers side door and then re-enter
20 the driver's door. Agent Herrera approached the truck and saw several people attempting to
21 conceal themselves under the white tarp. Agent Herrera looked into the cab of the truck and saw
22 three females lying down on the interior floor board of the truck Agent Herrera saw a male near
23 the controls of the truck. Agent Herrera looking on the dirt outside of the driver's side of the
24 truck and only saw a single set of shoeprints and they did not leave the vicinity of the truck.

25      Agent Herrera identified himself to the occupants and questioned them. Agent Herrera
26 determined the shoeprints outside the truck belonged to the male individual near the controls of
27 the truck, later identified as Enrique HERVER-Vargas. Agent Herrera determined the occupants
28 of the truck are citizens of Mexico, illegally in the United States. HERVER and the twelve other
29 undocumented aliens were arrested.

At the Stations Agent E. Saucedo witnessed Agent R. Fernandez read HERVER his rights per Miranda. HERVER stated he understood his rights and was willing to speak to agents without an attorney present. HERVER stated he made arrangements with a smuggler in Mexico to be smuggled into the United States. HERVER was to drive the truck in lieu of payment for him being smuggled.

Material Witnesses Guadalupe SANDOVAL-Sanchez, Cecilia PEREZ-Garcia and Maria CARDENAS-Vargas all stated they made arrangements to pay $2000 to $2500 to a smuggler in Mexico to be smuggled into the United States. SANDOVAL, PEREZ and CARDENAS stated they were picked up by a white truck. SANDOVAL stated they all helped to move a man made steel barricade so they could drive north into the United States. SANDOVAL, PEREZ and CARDENAS were shown a six pack photo line up and SANDOVAL identified photo number two, HERVER, as the driver of the white truck that picked them up.

The complainant states that the names of the Material Witnesses are as follows:

| **NAME** | **PLACE OF BIRTH** |
| --- | --- |
| Guadalupe SANDOVAL-Sanchez | Mexico |
| Cecilia PEREZ-Garcia | Mexico |
| Maria CARDENAS-Vargas | Mexico |

Further, complainant states that Guadalupe SANDOVAL-Sanchez, Cecilia PEREZ-Garcia and Maria CARDENAS-Vargas are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.