UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Enrique Heiver-Vargas <br><br> Defendant(s) | CRIMINAL NO. 08CR1758-LAB <br> 08mj8430 <br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 885238 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Maria Cardenas-Vargas
@ ICJ 06325-298

DATED: 5/29/08

RECEIVED _____
              DUSM

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by  E. Flores      E. Flores
          Deputy Clerk